# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA



FILED

SEP 2 0 2017

United States Bankruptcy Court
San Jose, California

In re: John J Vitalich

Case No. _____15-53524 DM 11_____

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** ____08/31/17____          **PETITION DATE:** ____11/06/15____

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here    X
   the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in    $1

| 2. | Asset and Liability Structure | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| a. | Current Assets | $68 | $106 | |
| b. | Total Assets | $3,332,568 | $3,332,568 | $3,331,110 # |
| c. | Current Liabilities | Disputed | $5,460,505 | |
| d. | Total Liabilities | Disputed | $5,460,505 | $5,460,505 |

| 3. | Statement of Cash Receipts & Disbursements for Month | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| a. | Total Receipts | $3,269 | $314 | $0 |
| b. | Total Disbursements | $3,307 | $3,502 | $0 |
| c. | Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($38) | ($3,188) | $0 |
| d. | Cash Balance Beginning of Month | $106 | $3,295 | $0 |
| e. | Cash Balance End of Month (c + d) | $68 | $107 | $0 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | | |
| 6. | Post-Petition Liabilities | $0 | | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. Are a plan and disclosure statement on file? | | X |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ____;          U.S. Trustee Quarterly Fees   X  ; Check if filing is current for: Post-petition
    tax reporting and tax returns: ____.
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return
    filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.

Date: ____09/20/17____                    /s/ John Vitalich
                                          Responsible Individual

Case: 15-53524    Doc# 155    Filed: 09/20/17    Entered: 09/20/17 15:59:31    Page 1 of 8

Revised 1/1/98

**BALANCE SHEET**
(Small Real Estate/Individual Case)
**For the Month Ended** _____ 08/31/17

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | _____ | $68 |
| 2 | Accounts receivable (net) | _____ | |
| 3 | Retainer(s) paid to professionals | _____ | $0 |
| 4 | Other: _____ | _____ | _____ |
| 5 | | _____ | _____ |
| 6 | **Total Current Assets** | | $68 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | X | $1,900,000 |
| 8 | Real property (rental or commercial) | _____ | $1,300,000 |
| 9 | Furniture, Fixtures, and Equipment | _____ | $10,000 |
| 10 | Vehicles | _____ | $2,500 |
| 11 | Partnership interests | _____ | _____ |
| 12 | Interest in corportations | _____ | _____ |
| 13 | Stocks and bonds | _____ | _____ |
| 14 | Interests in IRA, Keogh, other retirement plans | _____ | $120,000 |
| 15 | Other: _____ | _____ | _____ |
| 16 | | _____ | _____ |
| 17 | **Total Long Term Assets** | | $3,332,500 |
| 18 | **Total Assets** | | $3,332,568 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | _____ |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | _____ |
| 21 | Post-petition delinquent taxes | | _____ |
| 22 | Accrued professional fees | | _____ |
| 23 | Other: _____ | | _____ |
| 24 | | | _____ |
| 25 | **Total Current Liabilities** | | _____ |
| 26 | **Long-Term Post Petition Debt** | | _____ |
| 27 | **Total Post-Petition Liabilities** | | _____ |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | _____ |
| 29 | Secured claims (other) | | _____ |
| 30 | Priority unsecured claims | | _____ |
| 31 | General unsecured claims | | _____ |
| 32 | **Total Pre-Petition Liabilities** | | Disputed |
| 33 | **Total Liabilities** | | Disputed |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | Disputed |
| 35 | **Total Liabilities and Equity (Deficit)** | | Disputed |

NOTE:
 Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | **Property 1** | **Property 2** | **Property 3** |
|---|---|---|---|---|
| 1 | Description of Property | SFH | | |
| 2 | Scheduled Gross Rents | | | |
|   | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments (Damage Repair) | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | $0 | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|    |   | **Account 1** | **Account 2** | **Account 3** |
|----|---|---|---|---|
| 10 | Bank | Wells Fargo Bank | | |
| 11 | Account No. | xxxxxx9610 | | |
| 12 | Account Purpose | Debtor in Possession | | |
| 13 | Balance, End of Month | $68 | | |
| 14 | Total Funds on Hand for all Accounts | $68 | | |

1805Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended _____08/31/17_____

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | John's Salary | $0 | |
| 8 | | | |
| 9 | John's Retirement | $3,269 | |
| 10 | Other: Deposits, credits/returns | $0 | |
| 11 | Other Credits | $0 | |
| 12 | **Total Cash Receipts** | $3,269 | $0 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | WF ACCOUNT | $3,307 | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $3,307 | $0 |
| 38 | **Net Increase (Decrease) in Cash** | ($38) | $0 |
| 39 | **Cash Balance, Beginning of Period** | $106 | |
| 40 | **Cash Balance, End of Period** | $68 | $0 |

Revised 1/1/98

# Wells Fargo Everyday Checking



JOHN J VITALICH
DEBTOR IN POSSESSION
CH11 CASE 15-53524 (NCA)
5000 BEACH WOOD DR
SEASIDE CA 93955-6519

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ✓ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $106.22 |
| Deposits/Additions | 3,268.62 |
| Withdrawals/Subtractions | - 3,306.91 |
| **Ending balance on 8/31** | **$67.93** |

Account number: ████████

**JOHN J VITALICH**
**DEBTOR IN POSSESSION**
**CH11 CASE 15-53524 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████████

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.




---

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|-------------|--------------------|--------------------------|---------------------|
| 8/1 | | DFAS-Cleveland Ret Net 080117 xxxxx5350 Vitalich John Jefferso | 3,268.62 | | |
| 8/1 | | Purchase authorized on 08/01 Arco Paypoint 8 Salinas CA P00000000553564848 Card 5946 | | 67.41 | |
| 8/1 | | USAA P&C Ext Autopay 170731 xxxxx0543 Vitalich,John,J | | 310.30 | 2,997.13 |
| 8/2 | | ATM Withdrawal authorized on 08/02 447 Canyon Del Ray Blv Del Ray Oaks CA 0005097 ATM ID 0780B Card 5946 | | 300.00 | 2,697.13 |
| 8/3 | | Purchase authorized on 08/02 Costco Whse #0131 Sand City CA P00387215105389668 Card 5946 | | 20.10 | |
| 8/3 | | Transamerica Ins Inspayment 37L/A 6600196710 John Vitalich | | 202.10 | 2,474.93 |
| 8/4 | | Purchase authorized on 08/03 Geico *Auto Macon DC S467215203473527 Card 5946 | | 671.90 | |
| 8/4 | | Purchase authorized on 08/03 The Home Depot 6967 Seaside CA P00307216099227460 Card 5946 | | 15.16 | 1,787.87 |
| 8/7 | | Purchase authorized on 08/03 Wienerschnitzel 27 Salinas CA S587215794981958 Card 5946 | | 25.35 | |
| 8/7 | | Purchase authorized on 08/04 Tmobile Postpaid W 800-937-8997 WA S467215670454904 Card 5946 | | 156.30 | |
| 8/7 | | Purchase authorized on 08/04 The Home Depot #69 Seaside CA S467217090592651 Card 5946 | | 21.68 | |
| 8/7 | | Purchase authorized on 08/05 Cvs/Pharm 09802--2170 Monterey CA P00000000877399710 Card 5946 | | 35.00 | |
| 8/7 | | Purchase authorized on 08/05 Cvs/Pharm 09802--2170 Monterey CA P00000000273055669 Card 5946 | | 54.96 | |
| 8/7 | | Pgande Web Online Aug 17 77988508080417 Jphn J Vitalich | | 180.24 | 1,314.34 |
| 8/9 | | Purchase authorized on 08/08 Pacer800-676-6856l 800-676-6856 TX S307220451899630 Card 5946 | | 43.30 | 1,271.04 |
| 8/10 | | Purchase authorized on 08/10 Arco Paypoint Salinas CA P00000000140253244 Card 5946 | | 58.52 | |
| 8/10 | | American-Water Utli-Pmnt 170809 1285939 John *Vitalich | | 281.00 | 931.52 |
| 8/14 | | Purchase authorized on 08/11 Salinas Ace Hardwa Salinas CA S387224003486818 Card 5946 | | 6.54 | |
| 8/14 | | Purchase authorized on 08/12 Smartnfinal455 Seaside CA P00000000687673947 Card 5946 | | 10.20 | |
| 8/14 | | Comcast Cable 170811 1746219 John *J Vitalich | | 185.01 | 729.77 |
| 8/15 | 147 | Check | | 92.50 | 637.27 |
| 8/17 | 148 | Check | | 10.00 | 627.27 |
| 8/21 | | Purchase authorized on 08/19 The Vitamin Shoppe 24 Seaside CA P00000000479081994 Card 5946 | | 21.74 | |
| 8/21 | | Purchase authorized on 08/21 Dicks Arco Prunedale CA P00000000286124608 Card 5946 | | 54.31 | |
| 8/21 | | Purchase authorized on 08/21 Cvs/Pharm 09802--2170 Monterey CA P00000000055040650 Card 5946 | | 12.93 | |
| 8/21 | | Purchase authorized on 08/21 Cvs/Pharm 09802--2170 Monterey CA P00000000437340500 Card 5946 | | 18.04 | 520.25 |
| 8/22 | | Purchase authorized on 08/20 Phils Fish Mkt & E Moss Landing CA S467232862827035 Card 5946 | | 18.59 | |
| 8/22 | | Purchase authorized on 08/21 Csj Smart Meters San Jose CA S387233756226964 Card 5946 | | 1.00 | 500.66 |
| 8/24 | | Purchase authorized on 08/22 NW California Univ 916-480-9470 CA S307234198067903 Card 5946 | | 25.00 | 475.66 |
| 8/25 | | Purchase authorized on 08/24 Ambrosia India Cat Monterey CA S307236750437831 Card 5946 | | 27.82 | 447.84 |
| 8/28 | | Purchase authorized on 08/27 Cvs/Pharm 09802--2170 Monterey CA P00000000989427248 Card 5946 | | 5.71 | |
| 8/28 | | Vz Wireless Vw Vzw Webpay 170826 4217250 Jon *Vitalich | | 270.68 | 171.45 |
| 8/29 | | Purchase authorized on 08/29 Arco Paypoint Salinas CA P00000000845022012 Card 5946 | | 64.48 | 106.97 |



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/30 | | Purchase with Cash Back $ 20.00 authorized on 08/30 Cvs/Pharm 09802--2170 Monterey CA P00000000859581349 Card 5946 | | 38.04 | 68.93 |
| 8/31 | | Purchase authorized on 08/30 Csj Smart Meters 4087941090 CA S387242794660405 Card 5946 | | 1.00 | 67.93 |
| **Ending balance on 8/31** | | | | | 67.93 |
| **Totals** | | | **$3,268.62** | **$3,306.91** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 147 | 8/15 | 92.50 | 148 | 8/17 | 10.00 |

### Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $70.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

† *Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 08/01/2017 - 08/31/2017 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $67.93 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $3,268.62 ☑ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 25 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)   ☐

RC/RC

Case: 15-53524    Doc# 155    Filed: 09/20/17    Entered: 09/20/17 15:59:31    Page 7 of 8
Sheet Seq = 0170882
Sheet 00002 of 00002



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.    $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** $ |  |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** $ |  |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801      Member FDIC.  EQUAL HOUSING LENDER